UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) | |
| | ) | Civil No: 15-00229 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| S.M.R. JEWELL, et al., | ) | |
| Defendants. | ) | |

STIPULATION TO MODIFY SETTLEMENT AGREEMENT

This Stipulation is entered into, by, and between Plaintiff Center for Biological Diversity ("Center") and Federal Defendants Sally M.R. Jewell, in her official capacity as Secretary of the U.S. Department of the Interior, and U.S. Fish and Wildlife Service ("the Service") (collectively, "Defendants") to modify the Stipulated Settlement Agreement in the above-captioned case, which the parties filed on September 9, 2015, and which the Court adopted on September 15, 2015 (ECF Nos. 12, 13) ("Stipulated Settlement Agreement"). This Stipulation concerns and is limited to modification of provisions of the Stipulated Settlement Agreement that address one of ten species that was at issue in this case, the Mojave shoulderband snail (*Helminthoglypta (Coyote) greggi*) in regards to which and through their undersigned counsel, the parties stipulate and state as follows:

WHEREAS, on January 31, 2014, the Center petitioned the Service to list the Mojave shoulderband snail as a threatened or endangered species pursuant to the Endangered Species Act, 16 U.S.C. §§ 1531-1544 ("ESA");

WHEREAS, the Service issued a "90-day finding" on the Center's petition on April 10, 2015, which determined that it presented substantial information showing that a threatened or endangered listing for Mojave shoulderband snail "may be warranted," 80 Fed. Reg. 19,259 (April 10, 2015);

WHEREAS, on April 10, 2015, the Center notified Defendant of its intent to file suit within 60 days if the Service did not publish a 12-month finding as to whether listing the Mojave shoulderband snail is warranted, not warranted, or warranted but precluded;

WHEREAS, on June 22, 2015, the Center sought to compel the Service to issue a 12-month finding on the Mojave shoulderband snail by filing a second amended complaint in the above-captioned case (ECF No. 11);

WHEREAS, the parties, through their authorized representatives and without any admission or final adjudication of the issues of fact or law with respect to Plaintiff's claims, reached a Stipulated Settlement Agreement in the above-captioned case, which the parties filed on September 9, 2015, and which the Court adopted on September 15, 2015 (ECF Nos. 12, 13);

WHEREAS, the terms and conditions of the parties' Stipulated Settlement Agreement established, in part, that the Service would submit to the Federal Register a 12-month finding on the Mojave shoulderband snail on or before April 11, 2016;

WHEREAS, the terms and conditions of the Stipulated Settlement Agreement also established that the Stipulated Settlement Agreement "may be modified by the Court upon good cause shown, consistent with the Federal Rules of Civil Procedure, by written stipulation between the parties filed with and approved by the Court." Stipulated Settlement Agreement, ¶ 4;

WHEREAS, the parties are securing a commitment for a research program and conservation plan for the Mojave shoulderband snail to eliminate and mitigate impacts from a mining operation in the snail's habitat;

WHEREAS, due to the commitment for a research program and conservation plan for the Mojave shoulderband snail, the Parties seek to modify the deadline in paragraph 2(a) of the Stipulated Settlement Agreement for the 12-month finding on the Mojave shoulderband snail, from April 11, 2016, to June 30, 2017, pursuant to paragraph 4 of the parties' Stipulated Settlement Agreement;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Paragraph 2(a) of the Stipulated Settlement Agreement is modified so that on or before June 30, 2017, the Service shall review the status of the Mojave shoulderband snail and submit to the Federal Register a 12-month finding as to whether the listing of the snail as a threatened or endangered species is (a) not warranted; (b) warranted; or (c) warranted but precluded by other pending proposals, pursuant to 16 U.S.C. § 1533(b)(3)(B);

2. This Stipulation does not modify any other terms and conditions of the parties' September 9, 2015, Stipulated Settlement Agreement, including its dispute resolution and modification procedures in paragraphs 3-4, and its deadlines specified in paragraph 2 for the Western glacier stonefly (September 30, 2016); yellow lance (March 31, 2017); candy darter and trispot darter (September 30, 2017); ashy darter and black-capped petrel (September 30, 2018); longhead darter (September 30, 2019); and sickle darter and frecklebelly madtom (September 30, 2020).

Dated: October 29, 2015

Respectfully submitted,

*/s/ Amy Atwood*
AMY R. ATWOOD, DC BAR NO. 470258
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel: (971) 717-6401
Fax: (503) 283-5528
Email: atwood@biologicaldiversity.org

*Attorney for Plaintiff*

*/s/ Daniel Pollak*
DANIEL POLLAK
CLIFFORD E. STEVENS, JR.
United States Department of Justice
ENRD, Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0210
Fax: (202) 305-0275
E-mail: daniel.pollak@usdoj.gov

*Attorneys for Defendants*